# THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## DALLAS DIVISION



Elaine Whigham Williams,
          Plaintiff

3 1 9 - C V 1 5 8 7 - L

v.          CIVIL ACTION NO.
                    JURY TRIAL DEMANDED

City of Dallas Police
Texas Department of Family Protective Service
Medical City Hospital
Marsh McLennan Companies,
          Defendant

## COMPLAINT

Comes now, Plaintiff, Elaine Whigham Williams, and files her complaint against

the above-named Defendants on the following grounds:

## INTRODUCTION
### 1.

This is an action to redress the deprivation of Plaintiff rights secured under the Constitution pursuant to 42 U.S.C. 1983.

**5.**

Under 42 U.S.C 1983 a state and local official can be sued for Deprivation of Rights, privileges and immunity secured under The Constitution.  The Suit is brought against State and Local officials under 42 U.S.C 1983.

**6.**

Section 1983 allows claims alleging the Deprivation of Rights, Privileges and immunity secured by The Constitution.

**7.**

Plaintiff is suing Defendants Texas Department of Family Protective Service, Medical City Hospital and City of Dallas Police Department under Federal Rights secured under the Fourth Amendment of the U.S. Constitution.

**8.**

Section 1983 allows Defendants to be found liable when they acted under the color of any statute, ordinance,regulations, custom or usage of any state or territory  or

the District of Columbia under 42 U.S.C.1983. Officer Grimes of the Defendant

City of Dallas Police Department while acting under the Color of Law and Torrie

Millier of Defendant Texas Department of Family Protective Services had the

Plaintiff Elaine Whigham Williams falsely arrested and held without a probable

cause for a warrant.

**9**.

The probable clause is essential in the warrant clause under the Fourth

Amendment. In determining probable clause…[w]e are concerned with the

question whether the affiant had reasonable grounds at the time of his affidavit.

*See Dumbra v. United States* 268 U.S. 435,439,441.

**PARTIES**
**10.**

The Plaintiff Elaine Whigham Williams resides in the State of Georgia in the City

of Atlanta. The Plaintiff Elaine Whigham Williams is was born in the United States

of America and is a lawful citizen of these United States.

**11.**

The Plaintiff at all times relative to this Complaint is a respected citizen of her

Community, a Christian Minister and a Insurance and Service Professional.

**12.**

The Defendant Texas Department of Family Protective Services and **Torrie Miller** in his Official Capacity is the Defendant in this Complaint. The Defendant Texas Department of Family Protective Services can be served suit and summons 2600 Lone Star Drive Dallas, Texas 75212.

**13.**

The Defendant City of Dallas is a municipality and the City involved the acts of its City of Dallas Police Department and **Officer Grimes** in his Official Capacity. The Defendant City of Dallas can be served suit and summons at 1500 Marilla St. Dallas, Texas 75201.

**14.**

The Defendant Medical City Hospital  is a medical hospital.The Defendant Medical City Hospital can be served suit and summons 7777 Forest Lane Dallas,Texas 75230.

**15.**

The Defendant Marsh Mclennan Companies . Defendant  Marsh Mclennan Companies can be served suit or summons at 1166 Avenue of the Americas New York, New York 10036.

**BACKGROUND**

**16.**

Plaintiff Elaine Whigham Williams file this *pro se* Complaint against Texas

Department of Family Protective Services  and City of Dallas based upon Violation

of Rights Under the Color of Law and the Plaintiff presents different  and newly

discovered information not presented in,*William's v. Marsh McLennan Cos.,* No.

3:18-cv-1035,2018) or any other  complaint filed in this court. The previous

Complaints  were  dismissed under 28 U.S.C. 1915(e)(2)(B)  by United States

District Court Northern District of Texas and  however, Plaintiff pleads upon the

Courts mercy for the injustices committed by the Defendants jointly and severally.

plaintiff presents a believable and plausible complaint.

**17.**

First, a complaint must allege facts with specific specificity to state a claim for

relief that is plausible, not merely conceivable on its face."*Bell Atlantic v.Twombly,*

*550 U.S. 544(2007)* The Plaintiff presents specific facts to support this claim which

takes the claim outside the realm of irrational or the wholly incredible. The

Plaintiff ask the court to grant her "equitable tolling of the statute of limitation. The

events in this complaint occurred in March 31, 2013 however,in February 2019

Plaintiff became aware that she had suffered a loss under United States Statute, 42

U.S.C. 1983. On June 28, 2019 the Plaintiff became aware that this loss occurred

out of the action of an Officer Grimes as a part of the CBP also known as Custom

and Border Patrol in the State of Texas whom had set up an internal checkpoint at

the Defendant Medical City Hospital in an attempt to unlawfully seperate

"families". The Defendants along with Defendant Texas Department of Families

became one of 170 internal inland "Custom and Border Patrol Check Points"

calling their operation "LA". A misuse of power under 42 U.S.C. 1983 pretending

to be members of local law enforcement agencies acting as "peace officers" for

Customs and Border Patrol. The applicable two-year limitations period for this

action under Texas law states, determines the accrual date of a 1983 under.

*"Walker v. Epps,* 550 F.3d 407,414(5th Cir. 2008). The United States Fifth Court

of Appeals determined, "the limitations period begins to run' the moment the

Plaintiff becomes aware' that he has suffered an injury or 'has sufficient

information to know that he has been injured. See. *Piotrowski.* The Plaintiff was

unaware that the injury she suffered was due to the wrongdoings of City of Dallas

Police Officer Grimes and Defendant Texas Department of Family Protective

Service Torrie Miller due to a blatant violation under U.S. statute 42 U.S.C 1983.

Under U.S. Statute 42 U.S.C. 1983, Deprivation of Rights Under The Color of

Law---every person under the color of any statute, ordinance or regulation custom

usage any state territory, caused to be subjected any citizen of The United States to

the deprivation of rights of any privileges or immunities secured by The

Constitution shall be liable to the party injured in action at law. The Plaintiff argues that the issue of statute of limitations that arises in this complaint should be toiled. Plaintiff contends with the U.S. Courts regarding the multiple attempts the Plaintiff filed Complaints to obtain justice in U.S. Courts regarding the wrongdoings committed against her has no bearing and should have no bearing on courts granting the Plaintiff equitable tolling of the statute of limitations. Plaintiff contends that dismissing this Complaint and not granting equitable toll of statute of limitations due Plaintiff litigation history is an Obstruction of Justice with sound case law to back up such a claim would result in Court abuse of discretion. Plaintiff further contends the Defendant is in violation of the Fourth Amendment of The United States Constitution which states, "[t]he right of a person to be secure in there persons,house, papers and effects against unreasonable searches and seizures shall not be violated and no Warrant shall issue but upon probable cause supported by Oath or affirmation and particularly describing the place to be searched and the person or things to be searched and the person or things to be seized.

**18.**

The Plaintiff contends that she was wrongfully held on the night of March 31,2013 without probable cause and the Defendants actions on the night of March 31,2013 was warrantless, unjustifiable and unreasonable.

# FACT

## 19.

Defendant Medical City Hospital operates a Hospital Medical facility located at
7777 Forest Lane Dallas,Texas 75230 . The medical facility includes an acute and
urgent care Emergency Department.

## 20.

Defendant Texas Department of Family Protective Services, is a state of Texas
agency which investigates neglect of the elderly or of children.

## 21.

Defendant City of Dallas, City of Dallas Police Department is a law enforcement
agency in the City of Dallas, Texas.

## 22.

Defendant Marsh Mclennan Companies is a full service Global Insurance Risk
Management and Brokerage firm.

**23.**

This Complaint arises out of a Mother's trip to the Emergency Department.
At no time was the Plaintiff Elaine Whigham Williams ever a part or affiliated with
any street gang. The Plaintiff was a licensed insurance professional for the state of
Texas and a Christian Minister. At all times the Plaintiff was a citizen of The
United States of America born in Ramapo, New York.

**24.**

On January 14,2013 Plaintiff Elaine Whigham Williams began her employment
with Marsh Mclennan Companies located at 1717 Main St. Comerica Building
Dallas, Texas as a Senior Level Customer Representative. Several weeks after
employment, approximately around February 15,2013, Defendants Marsh
McLennans, Vice President Cynthia Hammond went on a 6 weeks leave of
absence leaving Plaintiff to be targeted and workplace bullied in the office in an
attempt to drive Plaintiff out of the workplace and to sabotage her employment
using intimidation and surveillance. The Defendant were successfully able to
Sabotage that employment on March 31,2013 when Defendants used Plaintiff visit
to Defendant's Medical City Hospital as a Custom and Border Patrol Internal
Checkpoint. The Defendants used Defendants Medical City Hospital as a"sensitive
location" as a means abuse power. Plaintiff's is informed and believes Defendant

used Medical City Hospital and Defendant City of Dallas Officer Grimes, used the facility to act as a Custom and Border Protection Agency, to seperate Children from their families like an illegal migrant trying to cross the Mexico Border. In this operation Custom Border Protection Agents used fabricated claim of "danger" as reasoning for seperating families.

**25.**

From approximately February 15,2013 to March 31,2013 Plaintiff resided at 12121 Coit Rd Dallas, Texas 75121 approximately one mile from Defendant Medical City Hospital. At no times was any law enforcement called to Plaintiff residence for any issues however, the Plaintiff on several occasions prior to the incident on March 31,2013 Plaintiff saw The Defendant City of Dallas Police what appeared to be in surveillance laying in wait near the Plaintiff residence.

**26.**

During the time leading up to this incident on March 31,2013 Plaintiff a Senior Level Customer Representative was trying to complete a 90 day probation with Defendant Marsh McLennan Companies.

**27.**

The Plaintiff Elaine Whigham Williams, went from January 14,2013 to March 31,2013 and experienced weeks of workplace bullying which she believes escalated to Community Mobbing Campaign because the Plaintiff was an African American Black Female.

**28.**

On March 31,2013 Plaintiff took her minor 12 year old son to Medical City Hospital for Complaints of chest pains.

**29.**

Plaintiff walked into Medical City Hospital and was triaged by the Emergency Room Triage Nurse a white female. The Plaintiff told the Defendant Medical City Hospital Triage Nurse that her son was having chest pains and the Plaintiff wanted her son seen by a Physicians because the Plaintiff son had ran out of his medicines for ADHD and the Plaintiff felt that this may be the reason for the Plaintiff son's chest pains. The Plaintiff told the Defendant Triage Nurse that she had just moved to the City of Dallas for a job and she did not have family in the area. Plaintiff is informed and believes she was targeted by members of the Defendant Medical City Hospital, Defendant City of Dallas Police Officer Grimes under the United States

Border Patrol "Zero Tolerence" pretending like Plaintiff was a Migrant trying to cross the U.S. Border in an internal "checkpoint" operation at Defendant Medical City Hospital.

The Plaintiff talked to the triage nurse regarding a strange event during a a trip to Houston Texas where a two Hispanic men's allowed blood to drip from their finger in a ritualistic ceremony on the City of Houston City Bus.

**29.**

At no time did the Plaintiff an Professional African American Female make mention of Demons or sacrifices.

**30.**

The Plaintiff explained to the Defendant Medical City Hospital triage Nurse that her son was being bullied in school and the Plaintiff also stated to the Defendants nurse that she was experiencing some workplace bully and mobbing on the job The Plaintiff who was also a Christian Minister was carry a Bible to read.  The Bible made a comment to the Nurse, that it was "nothing but the devil".

**31.**

At all times and place the term, "Nothing but the Devil" is a common phrase and is

not probable cause for Defendants apprehension without a warrant.

### 32.

At no time or place was the Plaintiff biligerent, hostile,over emotional or

disruptive.Plaintiff son was admitted into the Defendant Medical City Hospital

emergency department and Plaintiff and her son was placed in a ER room.

### 33.

Plaintiff waited for extended amount of time for the Defendants physician to see

her son for chest pains and the Plaintiff decided to wait till the next day to see a

clinic physician at a urgent or family care center.

### 34.

When Plaintiff informed the Defendant Medical City Hospital nurse that she would

like to sign out  an Officer Grimes of Defendant City of Dallas Police Office

walked into room on duty, wearing his badge, wearing and police uniform  and told

Plaintiff she could not leave and separated Plaintiff from her minor child. The Plaintiff was told she was being "detained" by Officer Grimes who introduced himself as City of Dallas Police Officer.

**35**

Defendant City of Dallas Police Office and Defendant Tory Miller told Plaintiff she was being seized and could not leave the Hospital because, the Plaintiff carried a Bible, said " God BlessYou" and because Plaintiff asked if the Physician could refill her sons medication for hyperactivity until Plaintiff new to Dallas could find her minor child a primary Pediatrician. Plaintiff is informed and believes she was detained to be used in a operation under Custom Border Patrol Checkpoint.

**36.**

Plaintiff is informed and believes that Defendant City of Dallas Police,Officer Grimes targeted Plaintiff because Plaintiff was a single black female as an opportunity to abuse power.

**37.**

Plaintiff is informed and believes that Officers Grimes of Defendant City of Dallas Police Department held her without probable cause. The element of probable cause is required before the police can make a arrest, conduct a search or receive a warrant. Courts have found probable cause where there is reasonable basis that a

crime has been committed. The element of exigent circumstances, warrantless

arrest are justified when *entry* is necessary to prevent physical harm under

circumstances that would cause a ***reasonable*** person to believe entry was

necessary. Defendant Officer Grimes and Defendant Torrie Miller of Texas

Department of Family Protective Services actions lack the element of legitimate

law enforcement efforts.

### 38.

Plaintiff is informed and believes that Defendant City of Dallas Police Officer

Grimes, Defendant Torrie Miller of Texas Department of Family Protective

Services and Defendant Medical City Hospital where not acting on March 31,2013

out of **legitimate** law enforcement efforts.

### 39.

At approximately 9:00pm to 9:45pm on March 31,2013 Defendant Texas

Department of Family Protective Service Officer Torrie Miller working with

Defendant City of Dallas Office admitted in sworn affidavits that he was called

by,"LA".

### 40.

Plaintiff is informed that Defendant City of Dallas Police Officer Grimes was a

member of a White Supremacist Secret Organization deeply ceded in the City of

Dallas Police Office whom call themselves "LA". The group "LA" is a deputy

gang made up of White Nazis who abuse power and terror communities. Officer

Grimes Officer Grimes was a member of a neo-Nazi White Supremacist gang. The

Group LA is a internal agency operating in sensitive internal Custom  and Border

Patrol checkpoint against Black African Americans. In an attempt to treat African

Americans like an illegal immigrant.

**41.**

In his Report Defendant Texas Department of Family Protective Service Officer,

Torrie Miller states, "LA" requested CPS involvement.

**42.**

In his sworn affidavit Defendant Texas of Family Protective Services Torrie Miller

openly admits to wrongdoing and abuse of power. The Defendant Texas

Department of Family Protective Services Torrie Miller openly admits that the

Plaintiff was unlawfully held.

**42.**

Plaintiff is informed and believes Defendant City of Dallas Police Officer,

Defendant Texas Department of Family Protective Service. On October 27, 2016

received a letter from Defendant Medical City Hospital, Risk Manager, Tammy

Luther with the following statement of the actions of Defendant City of Dallas

Police Officer Grimes acting under the Color of Law which proves, Defendant

violation of the Plaintiff Fourth Amendment Right,(1) *you were requesting*

*prescription refills for you and your son's anxiety medication. (2) you were*

*"talking" about demons and sacrifices. (3)\* "the hospital staff " and "the peace*

*officer" **detained " you under an Apprehension by Police Officer Without a***

***Warrant.** (4)Concerned about you and your son's safety.* Plaintiff is informed and

believes that Defendant Medical City Hospital, Risk Manager Tammy Luther

identified Defendant City of Dallas Police Officer Grimes as a"Peace Officer"

because he was falsely acting in the line of duty on March 31,2013 as a member of

Custom and Border Patrols, "Peace Officers".


## 43.

In news media began reporting incidents of corruption and misconduct involving

white supremacist police deputies and secret police and police gangs operating out

of local city and state police departments as Custom and Border Patrol Agents

calling themselves LA. using Custom and Border Protection Agents to seperate families.

**44.**

As a direct and proximate result of Defendants conduct,Plaintiff is informed and believes that the Defendants conduct on March 31,2013 led to the Death of her Step Mother Hattie Mae Bailey who died on December 9,2017 from a broken heart because the Defendants wrongful conduct on March 31,2013 and due to the Plaintiff unlawful separation from the Plaintiff son who was Hattie Mae Bailey beloved grandson. Hattie Mae Bailey died waiting for the opportunity to see her beloved grandson and cling to that hope until she took her last breath. Asking "Lane have you talked to Cayman and where is Cayman".

**45.**

As a direct and proximate result of Defendants violation of the Plaintiff's rights under the Fourth Amendment and under United States 42 U.S.C. § 1983, the Plaintiff has suffered emotional distress, loss of standing on community, damage to reputation, loss of income and damage to future relationships.

**46.**
**STATEMENT OF FACT**

The Plaintiff is suing the Defendant's for Deprivation of Rights under The Color of Law 42 U.S.C. 1983 and for monetary damages. The Defendants Texas Department of Family Protective Services and City of Dallas Police Department depreviated the Plaintiffs rights and privileges secured by Fourth Amendment of The United States Constitution. The Fourth Amendment of The United States Constitution is, "*the right of the people to be secure in their persons, house, papers and effects against unreasonable searches and seizures, shall not be violated, no warrant shall issue but upon probable cause supported by Oath and Affirmation*"

Defendants on March 31,2013 violated the Plaintiff Fourth Amendment Right. Plaintiff demands judgment in the amount of $35,000,000.00. The Plaintiff lost wages, unnecessary medical cost, emotional distress, loss of prestige, humiliation and loss of family support.

**COUNT ONE:**
42 U.S.C 1983
Deprivation of Rights

**47.**

Plaintiff incorporates herein paragraph 1 through 46 of her complaint.

**48.**

The Defendant Texas Department of Family, **Torrie Miller** and Defendant City of

Dallas Police,**Officer Grimes,** where state actors acting under the color of law.

Defendants Texas Department of Family Protective Services and City of Dallas

Police have engaged in.

### 49.

The Defendant Texas Department of Families, Defendant Medical City Hospital

and Defendant  Officer Grimes on March 31,2013 had set up a Customs and

Border Control "internal" checkpoint at  Defendant  Medical City Hospital.

Defendant Texas Department of Family Protective Services and Defendant City of

Dallas Police Office acts violates United States Statute  42 U.S. 1983.

Defendant acts have caused Plaintiff to suffer loss of pay, loss of family, emotional

distress, loss

### 50.

Defendant has engaged in Deprivation of Rights under the Color of Law

### COUNT TWO

Violation of The Fourth Amendment of  The United States Constitution

### 51.

Plaintiff incorporates herein Paragraph 1 through 46 of her Complaint

**52.**

Defendant Texas Department of Family Protective Services and City of Dallas

Police and Defendant Medical City Hospital have engaged in the Violation of the

Fourth Amendment of the United States Constitution.

**53.**

Under the Fourth Amendment of The United States Constitution,[t]he right of the

people to be secure in persons,houses,papers and effects against unreasonable

searches and seizures,shall not be violated, no warrant shall issue, but upon

probable cause supported by an oath of affirmation.

**54**

The Defendant's action is the proximate cause of emotional distress,character

standing in Community, the Plaintiff suffered with harassment as a direct result of

Defendants actions and deliberate indifference to Plaintiff's rights secured under

the Fourth Amendment of The  United States Constitution.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for relief as follows:

1. That the Court require Defendants Texas Department of Family Protective
   Service and City Dallas Police Department render a public apology to the
   Plaintiff;

2. That the Court require Defendant Texas Department of Family Protective
   Service to throw out falsified case in Texas District Court under Complaint
   No. 1300354W;

3. That the Court grant Plaintiff Compensatory Damages for $35,000,000.00
   for humiliation, emotional distress and all other damages caused by all
   Defendants;

4. That the Court grant Plaintiff punitive damages;

5. That the Court grant Plaintiff all her salary and employment benefit that she
   would have enjoyed had she not been.

6. That the Court grant Plaintiff a trial;

7. That the Court grant all other relief deemed just and proper.

This day of June 28, 2019

Elaine Whigham Williams,Prose
Po Box 13012
2700 Buford Highway #25
Atlanta, Georgia 30324
(404)782-9186
elainewwilliams@yahoo.com

# THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

Elaine Whigham Williams,
     Plaintiff


     v.        Case No.

City of Dallas
Texas Department of Family Protective Services
Medical City Hospital
Marsh Mclennan Companies,
                Defendant


## REQUEST FOR TRIAL BY JURY


Plaintiff request Trial by Jury on all issues so triable.


This 29th day  of June,2019

Elaine Whigham Williams
Po Box 13012
2700 Buford Highway #25
Atlanta,Georgia 30324

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

RECEIVED

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TE...

JUL 1 2019

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Elaine Whigham Williams

**DEFENDANTS**
Texas Department of Family and... Services; Dallas; Medical City Hospital & Marsh McLennan Companies

**(b)** County of Residence of First Listed Plaintiff   Fulton
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:   Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

# 3 19 - CV1587 - L

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ❏ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ❏ 2  U.S. Government Defendant | ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights ❏ 555 Prison Condition ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ❏ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from Another District *(specify)* | ❏ 6 Multidistrict Litigation - Transfer | ❏ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE                           DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

Elaine Whigham Williams
2700 Buford Hwy#25
Po Box 13012
Atlanta,Georgia 30324

June 29,2019

U.S. District Court Northern District of Texas
Attn: Clerk of Courts
1100 Commerce St. #1452
Dallas, Texas  75242

Re: Original filing Elaine Whigham Williams v. Texas Department of Family
Protective Services

Please find enclosed the original complaint for the above subject with the special
request of statute of limitations to toll the statute arising out of claim under  42
U.S.C. 1983. The enclosed also closed request for the granting of partial informa
Pauperis ( reducing fee) to file complaint in the high Court of Texas.

If you have any questions regarding the enclosed please use any of the following
means of contact  via U.S.Mail, by telephone at 404-782-9186 or vis email  at
elainewwilliams@yahoo.com.

Respectfully submitted,

Elaine Whigham William's



**PRIORITY MAIL**
★ M A I L ★

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
~~DECLARATION~~

EXPECTED DELIVERY DAY: 07/01/19

**USPS TRACKING NUMBER**

9505 5119 2012 9180 3081 08

PS00001000014   EP14F July 2013   OD: 12.5 x 9.5

U.S. POSTAGE PAID
PM 3-DAY
ATLANTA, GA
0698 Jun 19
AMOUNT
$0.00
R2304E106170-34

1006   75242

★ M A I L ★

POSTAL SERVICE®

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM:
Elaine Whigham Williams
PO Box 13042
2700 Buford Hwy #25
Atlanta, GA 30324

RECEIVED
JUL - 1 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:
U.S. District Court Northern
District of Texas
Attn: Clerk of Courts
1100 Commerce St #1452
Dallas, Texas  75242

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**